IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

TINA LOPEZ                                                                                            PLAINTIFF

VS.                                     4:04CV00285 GH/JTR

CITY OF NORTH LITTLE ROCK,
ARKANSAS                                                                                          DEFENDANT

### **ORDER**

On July 8, 2005, the Court received the attached letter from Defendant's counsel indicating that her client no longer wished to proceed with the July 12, 2005 settlement conference in this case. Because settlement conferences are voluntary, the Court hereby cancels the July 12, 2005 settlement conference.

IT IS SO ORDERED this 8th day of July, 2005.

                                                                            _____
                                                                            UNITED STATES MAGISTRATE JUDGE

# JEANNETTE DENHAM
Attorney at Law
P. O. Box 38
301 West 2nd Street
North Little Rock, Arkansas 72115
(501) 374-3484, ext. 242

Facsimile: (501) 978-6565
Direct Dial: (501) 978-6122
E-mail: jdenham@arml.org

Jennifer Ammons, Paralegal
Direct Dial: (501) 978-6120
E-mail: jammons@arml.org

July 8, 2005

**VIA FACSIMILE 604-5237**
Honorable J. Thomas Ray
United States Magistrate Judge
149 U.S. Post Office and Courthouse
600 W. Capitol Ave.
Little Rock, AR 72201

RE: *Lopez v. City of North Little Rock*
U.S.D.C. No. 4:04CV00285 JMM

Dear Judge Ray:

The case referenced above is scheduled for a settlement conference before you on Tuesday, July 12, 2005. Since the parties agreed to the settlement conference, matters have arisen regarding Mrs. Lopez's employment that more than likely will impact her lawsuit. That in turn impacts any settlement.

As the best environment for settlement is when most, if not all, of the claims are known to the parties, Defendant respectfully requests that the conference be cancelled. As the trial in this case is in October of this year, the parties have a window of opportunity to ascertain if any additional issues and/or claims will be added.

Undersigned counsel apologizes to this Court for the late notice. Only in a meeting today when the Defendant was preparing for the settlement conference did it become crystal clear that the conference needed to be cancelled. Defendant does desire to reserve the right to request a conference—if Plaintiff agrees—in the future.

Again, undersigned counsel expresses regret for this late notice.

Cordially,

J. Denham

Cc: Jason Carter, Esq.
Robert Newcomb, Esq.