```
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
                        WESTERN DIVISION
```

TINA LOPEZ

                              NO. 4:04CV00285 GH

CITY OF NORTH LITTLE ROCK ARKANSAS

**O R D E R**

Counsel for the parties have informed the Court that this matter has settled but additional time is necessary for the submission of documents necessary to effectuate the dismissal. The Clerk is directed to administratively terminate this action and remove it from the Court's docket. If counsel have not submitted dismissal documents within 60 days of this order, the case will be dismissed with prejudice. The Court retains jurisdiction in this matter.

Dated this 17th day of NOVEMBER, 2005.

                                        AT THE DIRECTION OF THE COURT
                                        JAMES W. MCCORMACK, CLERK

                                        BY: /s/ Patricia L. Murray
                                            COURTROOM DEPUTY CLERK